UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LAWRENCE UDOM, *et al.*,

    Plaintiffs,

vs.

STATE FARM FIRE &
CASUALTY CO.,

    Defendant.

Case No. 3:23-cv-126

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

_____

**ORDER: (1) GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION (Doc. No. 17); AND (2) REFERRING PLAINTIFFS' MOTION TO COMPEL TO THE UNITED STATES MAGISTRATE JUDGE**

_____

This civil case is before the Court on Plaintiffs' motion for reconsideration of their earlier motion to compel an appraisal. Doc. No. 17. Defendant responded, and Plaintiffs replied. Doc. Nos. 18, 19. Thus, this motion is ripe for review.

The Court previously denied Plaintiffs' motion to compel an appraisal because the motion was premature. Doc. No. 12. The parties have since submitted a 26(f) report (Doc. No. 15) and the case has been referred to Magistrate Judge Peter B. Silvain, Jr. to manage or resolve any discovery disputes (Doc. No. 16). The discovery phase of this case is still ongoing. Doc. No. 16. Thus, the Court **GRANTS** Plaintiffs' motion for reconsideration of their motion to compel an appraisal (Doc. No. 17).

Pursuant to 28 U.S.C. § 636(b) and United States District Court for the Southern District of Ohio: Dayton General Order No. 22-01, motions to compel an appraisal are referred to the

Magistrate Judges in the Dayton seat of court. Accordingly, Plainitffs' motion to compel an appraisal is **REFERRED** to Magistrate Judge Peter B. Silvain, Jr.

    **IT IS SO ORDERED.**

February 7, 2024                          s/Michael J. Newman
                                                         Hon. Michael J. Newman
                                                         United States District Judge